

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

BHB Operating, Inc. and Lance Duncan individually and d/b/a Mark III Energy Holdings, LLC,

Vs. No. 11-15-00287-CV

Roberts Interests, LLP,

* From the 70th District Court of Ector County, Trial Court No. A-139,387.

* August 18, 2016

* Per Curiam Memorandum Opinion. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has considered the motion for remand filed by Roberts Interests, LLP, and we conclude that the motion should be granted. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against the party incurring same.